**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Aaron ARREDONDO, also known as Tat, Defendant–Appellant.**

**No. 06–10790**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 20, 2007.

Chad Eugene Meacham, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Francisco Hernandez, Jr., Francisco Hernandez Law Firm, Fort Worth, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

---

PER CURIAM: *

The Federal Public Defender appointed to represent Aaron Arredondo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Arredondo has not filed a response. Our independent review of the record and counsel's brief discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

